**VENETIAN CASINO RESORT, L.L.C.,**
**Plaintiff—Appellant,**

v.

**EXXON MOBIL CORPORATION,**
**Defendant—Appellee.**

No. 04–15907.

**D.C. No. CV–03–00320–JCM/PAL.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 6, 2005.

Decided Jan. 9, 2006.

Samuel S. Lionel, Paul R. Hejmanowski, David N. Frederick, Lionel, Sawyer & Collins, Las Vegas, NV, for Plaintiff–Appellant.

---

694

Thomas F. Kummer, Jonathan P. Leleu, Kummer Kaempfer Bonner & Renshaw, Las Vegas, NV, Shannon H. Ratliff, Richard A. Fordyce, Ratliff Law Firm, Austin, TX, for Defendant–Appellee.

Before TROTT, T.G. NELSON, and PAEZ, Circuit Judges.

### ORDER *

The judgment of the district court is AFFIRMED for the reasons set forth in the order of the district court filed March 25, 2004.

IT IS SO ORDERED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

